1  Tanya E. Moore, SBN 206683
   MOORE LAW FIRM, P.C.
2  334 North Second Street
   San Jose, California 95112
3  Telephone (408) 298-2000
   Facsimile (408) 298-6046
4  Emails: tanya@moorelawfirm.com
           service@moorelawfirm.com
5
   Attorney for Plaintiff,
6  Jose Escobedo

7

8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

11 JOSE ESCOBEDO,                          )   No. 1:24-cv-00442-EPG
                                           )
12              Plaintiff,                 )   **STIPULATION FOR DISMISSAL OF**
             vs.                           )   **ACTION**
13                                         )
                                           )
14 FERNANDO AMBRIZ dba LA ESPIGA           )
   MEXICAN RESTAURANT, et al.,             )
15                                         )
                Defendants.                )
16                                         )
                                           )
17                                         )
                                           )
18                                         )
                                           )
19                                         )
                                           )
20 _____ )

21

22

23

24

25

26

27

28

STIPULATION FOR DISMISSAL OF ACTION

Page 1

**IT IS HEREBY STIPULATED** by and between Plaintiff Jose Escobedo and Defendants, Alfonzo Lopez and Veronica Lopez ("Defendants"), the parties who have appeared in this action, that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the action be dismissed with prejudice. Each party is to bear its own attorneys' fees and costs.

Dated: June 25, 2024   MOORE LAW FIRM, P.C.

　　　　　　　　　　　　　　　　　　　　/s/ Tanya E. Moore
　　　　　　　　　　　　　　　　　　　　Tanya E. Moore
　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff,
　　　　　　　　　　　　　　　　　　　　Jose Escobedo

Dated: June 25, 2024   NEVERS, PALAZZO, PACKARD, WILDERMUTH & WYNNER, PC

　　　　　　　　　　　　　　　　　　　　/s/ John R. Bamford
　　　　　　　　　　　　　　　　　　　　John R. Bamford
　　　　　　　　　　　　　　　　　　　　Attorney for Defendants,
　　　　　　　　　　　　　　　　　　　　Alfonzo Lopez and Veronica Lopez